UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**BRANDY NEWBURY,**

      **Plaintiff,**

v.                                         Case No. SA-18-CV-0098-JKP

**CITY OF WINDCREST, TEXAS**

      **Defendant.**

## FINAL JUDGMENT

The Court has considered the issues presented in this action and rendered its decision. For the reasons stated in the Memorandum Opinion and Order (ECF No. 43) granting summary judgment for Defendant, the Court **DISMISSES** this action with prejudice. Plaintiff takes nothing from her claims against Defendant.

SIGNED this 9th day of January, 2020.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE